UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL 11 PM 2: 40

CLERK

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 5:19-cr-104-1
)
CHAZ CLARK, a.k.a. "D," )
Defendant )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about March 2019 to on or about May 28, 2019, in the District of Vermont and elsewhere, the defendant, CHAZ CLARK, a.k.a. "D," knowingly and willfully conspired with others, known and unknown to the grand jury, to distribute heroin, a schedule I controlled substance, cocaine base, a schedule II controlled substance, and fentanyl, a schedule II controlled substance.

With respect to CHAZ CLARK, a.k.a. "D," his conduct as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 100 grams or more of a mixture or substance containing a detectable amount of heroin and 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. § 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846)

1

## COUNT TWO

On or about May 28, 2019, in the District of Vermont, the defendant, CHAZ CLARK, a.k.a. "D", knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

_____ (by JJB)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
July 11, 2019