AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2019 AUG 29 PM 3: 10

CLERK

BY _____
DEPUTY CLERK

United States of America
v.

CHAZ CLARK

*Defendant*

Case No. 5:19-cr-104-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Chaz Clark                                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute heroin and cocaine base in violation of 21 USC §§846, 841(a)(1)

Date: 07/11/2019

*Issuing officer's signature*

City and state: Burlington, VT

K. Conter, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/11/19, and the person was arrested on *(date)* 8/23/19
at *(city and state)* Dalton, MA.

Date: 8/26/19

*Arresting officer's signature*

S. Crapello, Deputy US Marshal
*Printed name and title*